**EXHIBIT E - Advertisement of Infringing Product - Camber Arm**



Hi! Sign in or register Daily Deals Sell Customer Support Shop Valentine's gifts My eBay Cart

Shop by category All Categories Search Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Car & Truck Parts > Suspension & Steering > Caster/Camber Kits

Mouse over image to zoom

Have one to sell? Sell it yourself

# G1 RED CIVIC CRX INTEGRA EF DA US/JDM FRONT UPPER A-ARM CAMBER KIT ADJUSTABLE

| Add to watch list

Seller :**drifteffects** (20131 ) **98.9% Positive feedback**

Follow this seller | See other items | Visit store: DriftEffects

Item condition: **New**

Compatibility: See compatible vehicles

Quantity: 1 More than 10 available / **99 sold**

Price: **US $52.50** **Buy It Now**

**Add to cart**

70 watchers Add to watch list

Add to collection

| Experienced | Free | 99 |
|---|---|---|
| Seller | Shipping | Sold |

BillMeLater **New customers get $10 back on 1st purchase**
Subject to credit approval. See terms

Shipping: **FREE** Standard Shipping | See details
Item location: **United States**
Ships to: **Worldwide**

Delivery: On or before **Tue. Jan. 28** to 02035
Estimated by eBay **FAST 'N FREE**

Payments: PayPal, Bill Me Later | See details

Returns: 14 days money back, buyer pays return shipping | Read details

Guarantee: | Learn more
Get the item you ordered or get your money back.

**Description** | **Shipping and payments**

Print | Report item

eBay item number: 390628302725

Seller assumes all responsibility for this listing.
Last updated on  Dec 05, 2013 10:52:47 PST  View all revisions

### Compatibility
Please choose your vehicle year, make and model for specific results.

Year: -Select-   Make: -Select-   Model: -Select-   Trim: All Trims   Engine: All Engines   [Go]

This part is compatible with 75 vehicle(s).

| Notes | Year | Make | Model | Trim | Engine |
|---|---|---|---|---|---|
|  | 1993 | Acura | Integra | All | All |
|  | 1993 | Acura | Integra | GS Hatchback 3-Door | All |
|  | 1993 | Acura | Integra | GS Sedan 4-Door | All |
|  | 1993 | Acura | Integra | GS-R Hatchback 3-Door | All |
|  | 1993 | Acura | Integra | LS Hatchback 3-Door | All |
|  | 1993 | Acura | Integra | LS Sedan 4-Door | All |
|  | 1993 | Acura | Integra | RS Hatchback 3-Door | All |
|  | 1993 | Acura | Integra | RS Sedan 4-Door | All |
|  | 1992 | Acura | Integra | All | All |
|  | 1992 | Acura | Integra | GS Hatchback 3-Door | All |
|  | 1992 | Acura | Integra | GS Sedan 4-Door | All |
|  | 1992 | Acura | Integra | GS-R Hatchback 3-Door | All |
|  | 1992 | Acura | Integra | LS Hatchback 3-Door | All |
|  | 1992 | Acura | Integra | LS Sedan 4-Door | All |
|  | 1992 | Acura | Integra | RS Hatchback 3-Door | All |
|  | 1992 | Acura | Integra | RS Sedan 4-Door | All |
|  | 1991 | Acura | Integra | All | All |
|  | 1991 | Acura | Integra | GS Hatchback 3-Door | All |
|  | 1991 | Acura | Integra | GS Sedan 4-Door | All |
|  | 1991 | Acura | Integra | LS Hatchback 3-Door | All |

Page 1 of 4                                                   1  2  3  4

Portions of the information contained in this table have been provided by drifteffects

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | GODSPEED |
| Warranty: | Yes | Interchange Part Number: | ALIGNMENT NEGATIVE POSITIVE -/+ CONTROL SUSPENSION |
| Part Brand: | GSP | Placement on Vehicle: | Left, Right, Front |

**DriftEffects**                                                    Visit my eBay store

Sign up for newsletter

**Store Categories**

Store home
AIT FIBERGLASS HOODS
BODY KITS IMPORT
BODY KITS DOMESTIC
BODY KITS EURO
FENDERS IMPORT
FENDERS DOMESTIC
SPOILERS WINGS
CARBON FIBER DOORS
TURBO KITS
TURBO
INTERCOOLER KIT
RADIATOR
SUSPENSION
RACING SUSPENSION
EXHAUST
SILICONE
OIL LINE
TURBO MANIFOLD
TOW HOOKS
INTAKE MANIFOLD
CAMBER
THROTTLE BODY
TURBO ACCESSORIES
WHEEL LUG NUTS
AIR FRESHENER
ENGINE DAMPER
FUEL RAIL
TURBO DOWNPIPE
OIL CATCH TANK
DOWNPIPE

# 89-91 CIVIC CRX 90-93 INTEGRA EF DA UPPER A-ARM CAMBER KIT



(Scroll over images to the right to see detailed pictures)

**Product Information:**

**DESCRIPTION: BRAND NEW FRONT UPPER A-ARM CAMBER KIT ADJUSTABLE (3 yrs**

Just released the perfect front camber solution for lowered HONDA / ACURA! If you
front camber is off and the best solution for the correct suspension setup is this Nev
Designed for race-precision adjustments and long service life, these front camber ac
hemispherical rod-ends that allow incredibly controlled front suspension travel & pr
also improve handling and allow for even tire wear!

1. Camber is the inward or outward tilt of the tire/wheel assembly
2. This angle is measured from true vertical line, perpendicular to ground
3. Tire/wheel that is tilted outward at the top is considered to have Positive camber
4. Tire/wheel assembly tilted inward at the top, displays Negative camber
5. For a zero setting, Tire and wheel assembly is in the exact vertical position or perpendic
6. Adjusts your camber -4 TO +4
7. Sliding ball joints for quick and easy adjustments and rubber bushings

THIS PRODUCT WILL FIT THE FOLLOWING VEHCILE:

\*\*88-91 HONDA CIVIC EF (all models)
\*\*88-91 HONDA CRX (all models)
\*\*90-93 ACURA INTEGRA (all models)

**OUR PRODUCT HAD PASSED THE STRESS TEST, NOT LIKE ANY CHEAP PRODUCT OUT
DON'T WANT THE CAMBER KIT TO SNAP ON YOU WHILE YOU ARE DRIVING , DO YOU**

doesn't come with installation instructions

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

01613



AdChoice

Back to search results | Return to top
---|---
Related buying guides : What is Camber and why do I need a camber kit?
More to explore : DA Integra Camber Kit, EF Civic Camber Kit, CRX JDM Front, CRX Camber Kit, Civic EF JDM

Community  About eBay  Announcements  Security Center  Resolution Center  Seller Information Center  Policies  Site Map  eBay official time
Preview new features  Contact us  eBay Talk  Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.