**EXHIBIT F - Infringing Product and Packaging - Camber Arm**



